UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **Brown** | **Criminal Action No. 6:11-cv-00736** |
| **versus** | **Judge Tucker L. Melançon** |
| **Louisiana State Penitentiary** | **Magistrate Judge Patrick J. Hanna** |

### CERTIFICATE AS TO APPEALABILITY

Before the Court is a Notice of Appeal and Request for Certificate of Appealability [Rec. Doc. 27] filed in the above captioned case, in which the detention complained of arises out of a final order issued by this Court.

After considering the record in this case and the requirements of 28 U.S.C.§ 2253, this Court hereby finds that a certificate of appealability is **DENIED** for the following reasons:

The analysis contained in the Report and Recommendation of the Magistrate Judge entered on April 17, 2012, *R. 22*, and entered as a final judgment on May 11, 2012, *R. 26*, demonstrates that petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

Signed at Lafayette, Louisiana, this 1st day of June, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE