
RECEIVED
WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
4/18/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Brown

versus

Louisiana State Penitentiary

Civil Action No. 11-0736

Judge Richard T. Haik

Mag. Judge Patrick J. Hanna

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. §2253(c)(2), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge entered on April 17, 2012 [Rec. Doc. 22] and entered as a final judgment on May 11, 2012 [Rec. Doc. 26], and having denied petitioner's motion for reconsideration on December 7, 2012 [Doc. 34], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

Thus done and signed this 17th Day of April, 2013 at Lafayette, Louisiana.

Richard T. Haik, Sr.
United States District Judge